IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GARY WILLIAMS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case No. 4:19-cv-00231-FJG |
| | * |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | * |
| | * |
| Defendant. | * |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Plaintiff, Gary Williams ("Gary"), submits this Motion for Judgment on the Administrative Record in which he seeks reversal or remand of the decision of Defendant, Unum Life Insurance Company of America, to deny his claim for accidental death benefits resulting from his wife's accidental death.

WHEREFORE, for the reasons set forth in the attached, supporting memorandum, and the Administrative Record, Gary prays that Unum's decision to deny his claim for ERISA benefits be reversed or remanded.

DATED this 6th day of December, 2019.

Respectfully submitted,

/s/ William J. Perry
William J. Perry
Missouri Bar No. 34596
Interpleader Law, LLC
9015 Bluebonnet Blvd.
Baton Rouge, Louisiana 70810
Phone: (225) 246-8706
Email: william.perry@interpleaderlaw.com

1

*/s/ Benjamin Blakeman*
Benjamin Blakeman (SBN 60596)
Blakeman Law
8383 Wilshire Blvd., Ste. 510
Beverly Hills, CA 90211
Telephone: 213-629-9922
Facsimile: 213-232-3230
Email: ben@lifeinsurance-law.com

*Attorneys for Plaintiff, Gary Williams*

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on December 6, 2019, I electronically transmitted the foregoing and any attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.


      */s/ William J. Perry*
      William J. Perry